IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| TUCKER KRUZE ST. CROIX and ZACHARY ADAM HUESERS | Violation:  18 U.S.C. §§ 2113(a) and 2 |

**Bank Larceny**

The Grand Jury Charges:

On or about January 7, 2025, in the District of North Dakota,

TUCKER KRUZE ST. CROIX and
ZACHARY HUESERS

did enter BankNorth, located in Arthur, North Dakota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit in such bank a larceny;

In violation of Title 18 United States Code, Sections 2113(a) and 2.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

RML/th